UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEONARD HAIRSTON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-02016-LRH-CWH |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DOUG GILLISPIE, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has submitted an application to proceed *in forma pauperis* (ECF #1), and a complaint pursuant to 42 U.S.C. § 1983 (ECF #1-1). However, it appears that plaintiff is no longer incarcerated. If this is the case, plaintiff must complete a non-prisoner application to proceed *in forma pauperis* on the court-approved form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff an application to proceed *in forma pauperis* by a non-prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed non-prisoner application to proceed *in forma*

*pauperis* on the form provided by this court, as well as all requisite financial information. Plaintiff's failure to do so may result in the immediate dismissal of the entire action.

DATED this 31st day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE