UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| LEONARD HAIRSTON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-02016-LRH-CWH |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| DOUG GILLISPIE, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carl W. Hoffman (#6[1]) entered on March 11, 2013, recommending dismissing Plaintiff's Complaint (#1-1) filed on November 20, 2012, for failure to comply with the Court's Order #4. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on March 11, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6) entered on March 11, 2013, is adopted and accepted, and Plaintiff's Complaint (#1-1) is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 8th day of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE